



THE CITY OF NEW YORK

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Hannah J. Sarokin
office: 212-356-8761
hsarokin@law.nyc.gov

April 12, 2022

**BY ECF**
Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

        Re:    Y.Y. *et ano.* v. New York City Department of Education,
                22-cv-1897 (KPF) (JLC)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel assigned to represent Defendant New York City Department of Education in the above-referenced action. Plaintiffs allege that they received a favorable decision on the merits in an underlying administrative hearing and that they have not yet received reimbursement from Defendant for certain Applied Behavioral Analysis special education services to which they are entitled. I write to respectfully request an extension of time for Defendant to respond to Plaintiffs' Complaint and that the Initial Pre-Trial Conference, currently scheduled for April 14, 2022, be adjourned.

      Defendant was served with a copy of the Complaint on March 24, 2022, necessitating a response on or before April 14, 2022. Defendant writes to respectfully request that Your Honor grant Defendant an approximately 30-day extension of time to respond to Plaintiffs' Complaint, which would extend the deadline from April 14, 2022 to May 16, 2022. The additional time will allow my office time to further investigate Plaintiffs' claims and prepare an appropriate response. Further, the requested extension would allow Defendant time to attempt to promptly resolve any alleged payment issues.

      Additionally, Defendant requests that the Initial Pre-Trial Conference currently scheduled for April 14, 2022 be adjourned by 30 days, or to a date convenient for the Court, which Defendant submits would allow for a more productive conference.

      This is the first request for the extension and the adjournment. Plaintiff consents to both of these requests.

Thank you for your consideration.

Yours,

/s/
Hannah J. Sarokin
Assistant Corporation Counsel

cc: BY ECF
*Plaintiffs' counsel*

Application GRANTED. Defendant shall respond to Plaintiff's Complaint on or before **May 13, 2022.** The initial pretrial conference currently scheduled for April 14, 2022, is hereby ADJOURNED to **May 26, 2022, at 11:00 a.m.** The Clerk of Court is directed to terminate the pending motion at docket number 8.

Dated:   April 12, 2022          SO ORDERED.
         New York, New York

                                 HON. KATHERINE POLK FAILLA
                                 UNITED STATES DISTRICT JUDGE